IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>DARIEN T. BREWER,<br><br>　　　　　　Defendant. | 8:20CR174<br><br>ORDER |

**THIS MATTER** is before the court on the motion of Michael J. Hansen to withdraw as counsel for the defendant, Darien T. Brewer (Filing No. 44). Stephanie Burton has filed an entry of appearance as retained counsel for Darien T. Brewer. Therefore, Michael J. Hansen's motion to withdraw (Filing No. 44) will be granted.

Michael J. Hansen shall forthwith provide Stephanie Burton any discovery materials provided to the defendant by the government and any such other materials obtained by Michael J. Hansen which are material to Darien T. Brewer's defense.

The clerk shall provide a copy of this order to Stephanie Burton.

**IT IS SO ORDERED.**

Dated this 4th day of August, 2020.

BY THE COURT:

s/ Michael D. Nelson
United States Magistrate Judge